UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Joeffre Kolosky,                                        Case No.: 08-CV-346 PAM/JSM

                        Plaintiff,

                                          **DEFENDANT NORTHWESTERN**
v.                                        **HEALTH SCIENCES**
                                          **UNIVERSITY'S MOTION TO**
Woodwinds Hospital and                    **DISMISS**
Northwestern Health Sciences University,

                        Defendants.

---

TO:   PLAINTIFF JOEFFRE KOLOSKY, PRO SE, 2 River Terrace Court #101,
      Minneapolis, Minnesota, 55414:

## MOTION TO DISMISS

Pursuant to the Federal Rules of Civil Procedure, defendant Northwestern Health

Sciences University moves to dismiss the plaintiff's Complaint because:

1. The Court lacks subject matter jurisdiction:

    a. The amount in controversy between plaintiff and defendant
       Northwestern Health Sciences University is less than the sum or
       value specified by 28 U.S.C. § 1332, subd. a, exclusive of
       interest and costs;

    b. Diversity of citizenship does not exist between plaintiff and
       defendant Northwestern Health Sciences University;

This motion is made pursuant to the Federal Rules of Civil Procedure and case law

interpreting the same, and is made based upon all of the files, records and proceedings

herein, the memorandum of law, supporting affidavit and exhibits, and, if necessary, the

arguments of counsel.

Respectfully submitted,

Dated: February  27, 2008                    /s/ Marshall S. Lichty
                                            Barbara A. Zurek (#213974)
                                            Marshall S. Lichty  (#0323767)
                                            **MEAGHER & GEER, P.L.L.P.**
                                            33 South Sixth Street, Suite 4400
                                            Minneapolis, Minnesota  55402
                                            p:  612.338.0661

                                            *Attorneys for defendant Northwestern Health*
                                            *Services University*

1538975