# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Joeffre Kolosky, | Case Type:  Negligence |
| | Court File No.08-CV-346 PAM/JSM |
| Plaintiff, | |
| vs. | **LOCAL RULE 7.1 WORD COUNT** |
| | **COMPLIANCE CERTIFICATE** |
| Woodwinds Hospital | |
| Northwestern Health Sciences University, | |
| Defendant. | |

      The undersigned, counsel for Defendant Woodwinds Hospital, in compliance with Local Rule 7.1, certifies as follows:

      (1)    That Defendant Woodwinds Hospital's Memorandum of Law in Support of its Motion to Dismiss Pursuant to Rule 12(b) for Lack of Subject Matter Jurisdiction was prepared in 13-point, proportionately spaced typeface, using Microsoft Word 2003; and

      (2)    That the Memorandum contains 495 words, based upon a word processing count that was designed to include all texts, including headings, footnotes, and quotations.

                              **BASSFORD REMELE**
                              *A Professional Association*

Dated:  February 28, 2008      By    /s/ Melissa C. Gregory
                                              Mark R. Whitmore (License #232439)
                                              Melissa C. Gregory (License #0353498)
                                              Attorney for Defendant Woodwinds Hospital
                                              33 South Sixth Street, Suite 3800
                                              Minneapolis, Minnesota  55402-3707
                                              (612) 333-3000
                                              mwhitmore@bassford.com
                                              mgregory@bassford.com

669393.doc