UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Joeffre Kolosky,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Woodwinds Hospital and<br>Northwestern Health Sciences University,<br><br>　　　　　　　　Defendants. | Case No.: 08-CV-346 PAM/JSM<br><br>**DEFENDANT NORTHWESTERN HEALTH SCIENCES UNIVERSITY'S AMENDED NOTICE OF MOTION TO DISMISS** |

TO:   PLAINTIFF JOEFFRE KOLOSKY, PRO SE, 2 River Terrace Court #101, Minneapolis, Minnesota, 55414:

## AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that defendant Northwestern Health Sciences University, by and through its undersigned counsel, brings a motion to dismiss on the 8th day of May, 2008, at 2:00 p.m. before the Honorable Paul A. Magnuson, United States Judge for the District of Minnesota, U.S. Courthouse, 180 East Fifth Street, Seventh Floor, City of St. Paul, State of Minnesota.

Respectfully submitted,

Dated: February 29, 2008

　　　　　　　　/s/ Marshall S. Lichty
Marshall S. Lichty  (#0323767)
**MEAGHER & GEER, P.L.L.P.**
33 South Sixth Street, Suite 4400
Minneapolis, Minnesota  55402
p:  612.338.0661

*Attorneys for defendant Northwestern Health Services University*

1540126